of credit on behalf of materialmen. Whether a rescission and cancellation of such bonds for fraud on the part of the obligee is limited to a proceeding in equity, we need not consider.

██ A materialman, not a party to the fraud, who furnishes material on the basis of credit thus provided, is not in the position of a mere donee. The general principles of law forbidding a defense of fraud as against third parties, who, in good faith, have acquired rights thereunder while the contract was in being, must be applied.

██ Where the complaint discloses a cause of action, duly acquired under the bond, a plea of fraud as against plaintiff must set forth facts showing his connection with the fraud, or from which he is chargeable with the fraud of the promisee. A mere averment in general terms that the surety rescinded the contract within a reasonable time after the discovery of the fraud is insufficient. If fraud was sufficiently averred as against the promisee, for aught appearing the rescission was made after the material was furnished by plaintiff in good faith. Without dealing with other features of the pleas of fraud, the demurrers thereto were properly sustained on the grounds stated.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER. JJ., concur.

146 So. 410

## AMERICAN EMPLOYERS' INSURANCE CO. OF BOSTON, MASS., v. F. P. DICKERT.

### 6 Div. 291.

Supreme Court of Alabama.
Jan. 19, 1933.

Rehearing Denied March 9, 1933.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Coleman, Spain, Stewart & Davies, of Birmingham, for appellee.

BOULDIN, Justice.

This cause, by agreement of counsel, abides the result in the companion case of American Employers' Insurance Co. v. Lee & Kincaid Coal Co., ante, p. 262, 146 So. 408, this day decided, and is accordingly affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

146 So. 411

## AMERICAN EMPLOYERS' INSURANCE CO. OF BOSTON, MASS., v. WILDER & SUMMERS.

### 6 Div. 289.

Supreme Court of Alabama.
Jan. 19, 1933.

Rehearing Denied March 9, 1933.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Coleman, Spain, Stewart & Davies, of Birmingham, for appellee.

BOULDIN, Justice.

This cause, by agreement of counsel, abides the result in the companion case of American Employers' Insurance Co. v. Lee & Kincaid Coal Co., ante, p. 262, 146 So. 408, this day decided, and is accordingly affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

146 So. 411

## AMERICAN EMPLOYERS' INSURANCE CO. OF BOSTON, MASS., v. W. A. GLASS.

### 6 Div. 290.

Supreme Court of Alabama.
Jan. 19, 1933.

Rehearing Denied March 9, 1933.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Coleman, Spain, Stewart & Davies, of Birmingham, for appellee.

BOULDIN, Justice.

This cause, by agreement of counsel, abides the result in the companion case of American Employers' Insurance Co. v. Lee & Kincaid Coal Co., ante, p. 262, 146 So. 408, this day decided, and is accordingly affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.